# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| FRANK ELIJAH DENEGAL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CV408-083 |
| GOVERNOR SONNY PURDUE, STATE OF GEORGIA, ATTORNEY GENERAL THURBERT BAKER, JAMES DONALDSON, SPENCER LAWTON, MAJOR JOHN WELCHER, and SGT. J. DERRYBERRY, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 21st day of August, 2008.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA